# EXHIBIT B

# Law Offices of Attorney Nick Yousif, LLC

157 Belmont Street
Brockton, MA 02301
Phone: (508) 588-7300
Fax:    (508) 588-7303

## SECOND QUALIFIED WRITTEN REQUEST

November 29, 2022

To: Select Portfolio Servicing
P.O. Box 65277
Salt Lake City, UT 84165

**Re:   Lisa A. Bowen**
**48 Lantern Lane, Pembroke, MA 02359**

On July 29, 2022, our office mailed a Qualified Written Request to Select Portfolio Servicing on behalf of Lisa Bowen. Paragraph seventeen (17) of the Qualified Written Request states, "[a] copy of any and all recordings of Lisa Bowen or any other person concerning Lisa Bowen's account." Paragraph eighteen (18) of the Qualified Written Request states, "[a] copy of any and all transcripts of conversations with Lisa Bowen or any other person concerning Lisa Bowen's account."

Select Portfolio Servicing responded to our Qualified Written Request in part on September 9, 2022. The response did not include the recordings and transcripts requested in paragraphs seventeen (17) and eighteen (18) of the Qualified Written Request.

This notice acts as a second request for:
1.) A copy of any and all recordings of Lisa Bowen or any other person concerning Lisa Bowen's account; and
2.) A copy of any and all transcripts of conversations with Lisa Bowen or any other person concerning Lisa Bowen's account.

Please respond accordingly.

Sincerely,

Attorney Nick Yousif

# POWER OF ATTORNEY

I [We] _____Lisa Bowen with social security number (s) ▮▮▮▮▮ residing at ____48 Lantern Ln, Pembroke 02359_____ do hereby appoint Nick Yousif, Esquire, and **staff** of The Law Office of Attorney Nick Yousif (Telephone: 508-588-7300, Fax: 508-588-7303) my[our] true and lawful attorney in fact, for me [us] and in my [our] name, place and stead, and for my [our] use and benefit, the power and authority to speak and negotiate with counsel and/or representative(s) of ____SPS_____ with respect to account number ▮▮▮▮▮.

Signed and dated this …20th………day of ……April……., 2022.

The Power of Attorney will expire in one year from this date.

Signature[s]: *Lisa A. Bowen*

Date[s] of Birth    11 / 21/63    ,    /    /19

On this 20ʳ day of April, 20 22, before me, the undersigned notary public, personally appeared ____Lisa Bowen_____ (name of document signer), proved to me through satisfactory evidence of identification, which were ____drivers lisns_____, to be the person whose name is signed on the proceeding or attached document, and acknowledged to me that he or she signed it voluntarily for its stated purpose.

Signed: *[signature]*

NICOLA S YOUSIF
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires March 20, 2026

My Commission Expires:

3-20-26