# EXHIBIT C

# Law Offices of Attorney Nick Yousif, LLC

157 Belmont Street
Brockton, MA 02301
Phone: (508) 588-7300
Fax:     (508) 588-7303

02/27/2023 003668 61 00000

## THIRD QUALIFIED WRITTEN REQUEST

February 13, 2023

To: Select Portfolio Servicing
P.O. Box 65277
Salt Lake City, UT 84165

**Re:**   **Lisa A. Bowen**
         **48 Lantern Lane, Pembroke, MA 02359**

On July 29, 2022, our office mailed a Qualified Written Request to Select Portfolio Servicing on behalf of Lisa Bowen. Paragraph seventeen (17) of the Qualified Written Request states, "[a] copy of any and all recordings of Lisa Bowen or any other person concerning Lisa Bowen's account." Paragraph eighteen (18) of the Qualified Written Request states, "[a] copy of any and all transcripts of conversations with Lisa Bowen or any other person concerning Lisa Bowen's account."

Select Portfolio Servicing responded to our Qualified Written Request in part on September 9, 2022. The response did not include the recordings and transcripts requested in paragraphs seventeen (17) and eighteen (18) of the Qualified Written Request.

After not receiving the documents requested in paragraphs seventeen (17) and eighteen (18), our office mailed a second Qualified Written Request to you on November 29, 2022 re-requesting the documents in paragraphs seventeen (17) and eighteen (18). On February 9, 2023, our office received your response to our second Qualified Written Request. The response provided a summary of phone calls but did not include the actual recordings. Based on your response to our second Qualified Written Request, we are again requesting any and all recordings concerning Lisa Bowen's account.

This notice acts as a third request for:
1.) A copy of any and all recordings of Lisa Bowen or any other person concerning Lisa Bowen's account.

Please respond accordingly.

Sincerely,

Attorney Nick Yousif

# POWER OF ATTORNEY

02/27/2023 003668 62 00000

I [We] _____Lisa Bowen_____ with social security number (s) █████████

residing at ___48 Lantern Ln, Pembroke 02359_____ do hereby appoint Nick Yousif, Esquire, and **staff** of The Law Office of Attorney Nick Yousif (Telephone: 508-588-7300, Fax: 508-588-7303) my[our] true and lawful attorney in fact, for me [us] and in my [our] name, place and stead, and for my [our] use and benefit, the power and authority to speak and negotiate with counsel and/or representative(s) of ____SPS_____ with respect to account number __█████████

Signed and dated this ...20th.........day of ......April......., 2022.

The Power of Attorney will expire in one year from this date.

Signature[s]: *Lisa A. Bowen*

Date[s] of Birth   11 / 21/63   ,   /   /19

On this 20ʳ day of April, 20 22, before me, the undersigned notary public, personally appeared __Lisa Bowen__ (name of document signer), proved to me through satisfactory evidence of identification, which were __drivers lens__, to be the person whose name is signed on the proceeding or attached document, and acknowledged to me that he or she signed it voluntarily for its stated purpose.

Signed: _____

My Commission Expires:

3-20-26

NICOLA S YOUSIF
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires March 20, 2026