UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BOWEN and LISA BOWEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*    Civil Action No. 1:23-cv-11231-IT<br>*<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

TALWANI, D.J.

Pursuant to this Court's Memorandum & Order [Doc. No. 33] granting Defendant's Motion for Judgment on the Pleadings [Doc. No. 20], Plaintiff's Amended Complaint [Doc. No. 14] is dismissed.

This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge